IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL W. HILL, | ) |
| | ) C.A. No. 03-160E |
| Petitioner, | ) |
| | ) Judge McLaughlin |
| v. | ) Magistrate Judge Lenihan |
| | ) |
| | ) |
| JOHN J. LaMANNA, | ) |
| | ) filed electronically |
| Respondent. | ) |

## NOTICE OF APPEARANCE

AND NOW, comes Christy Wiegand, Assistant United States Attorney for the Western District of Pennsylvania, and respectfully enters her appearance as lead attorney for Respondent James Sherman[1] in the above-captioned case, in order to ensure that she receives electronic notice of all pleadings filed in this matter.

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney


    s/   Christy Wiegand
CHRISTY WIEGAND
Assistant U.S. Attorney
U.S. Courthouse and Post Office
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 644-3500

---

[1] James Sherman has replaced John LaManna as Warden of FCI McKean, and is automatically substituted for Mr. LaManna as Respondent in this matter pursuant to Fed.R.Civ.P. 25(d).

## CERTIFICATE OF SERVICE

I hereby certify that I have served this date a copy of the within *Notice of Appearance,* by mail or electronic filing, upon the following:

Michael Hill
FCI Gilmer
PO Box 6000
Glenville, WV 26351

    s/ Christy Wiegand
CHRISTY WIEGAND
Assistant U.S. Attorney

Date:   October 28, 2005