IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL W. HILL, | ) |
| | ) |
|     Petitioner, | )   Civ. Action No. 03-160 (Erie) |
| | ) |
| v. | ) |
| | )   Judge McLaughlin |
| JOHN J. LaMANNA, | )   Magistrate Judge Lenihan |
| | ) |
|     Respondent. | ) |

## ORDER

AND NOW, this _____ day of _____, 2005, the Respondent having filed a Motion for Enlargement of Time to File Response, said Motion is hereby GRANTED;

It is ORDERED that the time for filing a response addressing Petitioner's *ex post facto* claim is hereby enlarged for a period of thirty (30) days, or until December 15, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Michael W. Hill, Petitioner
    Christy Wiegand, Asst. U.S. Attorney