# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL W. HILL, | ) |
| | ) |
| Petitioner, | ) Civ. Action No. 03-160 (Erie) |
| | ) |
| v. | ) |
| | ) Judge McLaughlin |
| JOHN J. LaMANNA, | ) Magistrate Judge Lenihan |
| | ) |
| Respondent. | ) |

## **ORDER**

AND NOW, this _____ day of _____, 2005, upon consideration of the Petition for Writ of Habeas Corpus filed in this matter, and the Response filed by Respondent,

IT IS ORDERED that the Petition for Writ of Habeas Corpus is DENIED.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Michael W. Hill, Petitioner
    Christy Wiegand, Asst. U.S. Attorney