**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MICHAEL W. HILL, | ) | |
| | ) | |
| Petitioner, | ) | Civ. Action No. 03-160 (Erie) |
| | ) | |
| v. | ) | |
| | ) | Judge McLaughlin |
| JOHN J. LaMANNA, | ) | Magistrate Judge Lenihan |
| | ) | |
| Respondent. | ) | filed electronically |

**MOTION FOR ENLARGEMENT OF TIME**
**TO FILE RESPONSE TO PETITIONER'S OBJECTIONS**
**TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

AND NOW, comes Respondent, James Sherman,[1] Warden, FCI McKean ("Respondent"), by his attorneys, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Christy Wiegand, Assistant United States Attorney for said district, and respectfully requests this Honorable Court to enter an Order enlarging the time in which to file a response to Petitioner's Objections to the Magistrate Judge's Report and Recommendation for the following reasons:

1. On June 13, 2006, Magistrate Judge Lisa Pupo Lenihan submitted her Report and Recommendation ("R & R") in this matter, in which she recommended that Petitioner's Petition for Writ of Habeas Corpus be denied. Petitioner served Objections to the R & R on Respondent on June 22, 2006.

2. Pursuant to the R & R, Respondent's response to Petitioner's Objections are due by July

---

[1]James Sherman has replaced John LaManna as Warden of FCI McKean, and pursuant to Fed.R.Civ.P. 25(d)(1), is automatically substituted for Mr. LaManna as Respondent in this matter.

3, 2006.

3.   Due to the necessity of communicating  and coordinating with counsel for the Parole

Commission, additional time will be needed to file a Response to Petitioner's Objections.

4.    As a result, Respondent respectfully requests an enlargement of time of an additional

seven (7) days within which to file a Response to Petitioner's Objections to the Magistrate Judge's

Report and Recommendation.

<u>CONCLUSION</u>

WHEREFORE, for the foregoing reasons, Respondent respectfully requests that this

Honorable Court enter an Order enlarging the time for filing a Response to Petitioner's Objections

an additional seven (7) days, or until July 13, 2006.


Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney


 s/ Christy Wiegand
Christy Wiegand
U.S. Courthouse and Post Office
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 644-3500

2

## CERTIFICATE OF SERVICE

I hereby certify that I have served this date a copy of the within *Motion for Enlargement of Time to File Response to Petitioner's Objections to Magistrate Judge's Report and Recommendation*, by mail or electronic filing, upon the following:

Michael W. Hill
Reg. No. 40428-133
FCI Gilmer
PO Box 6000
Glenville, WV 26351


s/ Christy Wiegand
CHRISTY WIEGAND


Date:  June 29, 2006