IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL W. HILL, | ) | |
| | ) | |
| Petitioner, | ) | Civ. Action No. 03-160 (Erie) |
| | ) | |
| v. | ) | |
| | ) | Judge McLaughlin |
| JOHN J. LaMANNA, | ) | Magistrate Judge Lenihan |
| | ) | |
| Respondent. | ) | |

## **ORDER**

AND NOW, this _____ day of _____, 2006, the Respondent having filed a Motion for Enlargement of Time to File Response to Petitioner's Objections to Magistrate Judge's Report and Recommendation, said Motion is hereby GRANTED;

It is ORDERED that the time for filing a response to Petitioner's Objections to Magistrate Judge's Report and Recommendation is hereby enlarged for a period of seven (7) days, or until July 13, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Michael W. Hill, Petitioner
    Christy Wiegand, Asst. U.S. Attorney