IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL W. HILL, Pro se, )<br>)<br>   Petitioner, )<br>)<br>v. )<br>)<br>JOHN J. LAMANNNA, Warden, )<br>)<br>   Respondent. )<br>) | Civil Action No. 03-160 Erie<br>Judge McLaughlin<br>Magistrate Judge Lenihan |

NOTICE OF APPEAL

Notice is hereby given that Michael W. Hill, petitioner in the above entitled matter, appeals to the United States Court of Appeals for the Third (3rd) Circuit from the final order/judgment entered in this action on July 3rd, 2006. <u>See</u> attached memorandum being appealed.

Date: July 10th 2006.

Respectfully submitted,

Michael W. Hill
FCI Gilmer, P.O. Box 6000
Glenville, WV. 26351



IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MICHAEL W. HILL, )
        Petitioner, )
    v. ) Civil Action No. 03-160 Erie
JOHN LAMANNA, WARDEN, )
        Respondent. )

## MEMORANDUM ORDER

This habeas corpus action was received by the Clerk of Court on May 12, 2003, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. The matter was subsequently referred to Magistrate Judge Lisa Pupo Lenihan on April 8, 2004 [Doc. No. 20].

The Magistrate Judge's Report and Recommendation [Doc. No. 40], filed on June 13, 2006, recommended that Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 4] be denied. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail and on Respondent. Objections were filed by Petitioner on June 22, 2006 [Doc. No. 41]. After de novo review of the petition and documents in the case, together with the Report and Recommendation and objections thereto, the following order is entered:

AND NOW, this 3rd day of July, 2006;

IT IS HEREBY ORDERED that the Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 4] is DENIED.

The Report and Recommendation [Doc. No. 40] of Magistrate Judge Lenihan, filed on June 13, 2006, is adopted as the opinion of the Court.

                              s/ Sean J. McLaughlin
                                  United States District Judge

cm:    All parties of record

Legal mail

Gilmer P.O. Box 6000
Glenville, WV 26351

Office of the clerk
U.S. District Court
For The Western District of
Pennsylvania, 17 South Park Row
Room B-160
Erie, Pennsylvania 16501

7005 0390 0003 1417 6617

RECEIVED
JUL 1 4 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

