**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**
**P. O. BOX 1820**
**ERIE, PENNSYLVANIA 16507**
WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.                                         IN REPLYING, GIVE NUMBER
CLERK OF COURT                                          OF CASE AND NAMES OF PARTIES
814-464-9600

DATE: July 20, 2006

Marcia M. Waldron,  Clerk
United States Court of Appeals
21400 U.S. Courthouse
Independence Mall, West
601 Market Street
Philadelphia, PA  19106

IN RE: HILL v. LAMANNA
WESTERN DIST. OF PA NO. CA 03-160 Erie
U.S.C.A. NO. 04-3810

Dear Ms. Waldron:

Enclosed please find:

_    One certified copy of the docket entries to be filed as the
     Certified List in Lieu of the Record.

X    Copy of Actual Record with one certified copy and one
     uncertified copy of the docket entries.

_    One certified copy of the docket entries to be filed as the
     Certified List in Lieu of the _ Supplemental Record.

_    Actual _ Supplemental Record with one certified copy and one
     uncertified copy of the docket entries.

Please acknowledge receipt for same on the enclosed duplicate copy of this letter and
return to this office.

Very truly yours,

ROBERT V. BARTH, JR.
CLERK OF COURT

By: _Debra L. Mayo_
Debra L. Mayo
Deputy Clerk

Enclosures
RECEIPT ACKNOWLEDGED BY: _____ DATE _____