UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT


NO. 06-3440
_____

MICHAEL W. HILL,

                Appellant

v.

WARDEN JOHN LAMANNA
_____

On Appeal From the United States District Court
For the Western District of Pennsylvania
(D.C. Civ. No. 03-cv-00160)
District Judge: Honorable Sean J. McLaughlin
_____


Submitted Under Third Circuit L.A.R. 34.1(a)
February 7, 2008

Before: SLOVITER, BARRY and GREENBERG, <u>Circuit Judges</u>


_____

**JUDGMENT**
_____


    This cause came on to be heard on the record from the United States District Court for the Western District of Pennsylvania and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on February 7, 2008.  On consideration whereof, it is now here

      ORDERED AND ADJUDGED by this court that the judgment of the district court entered July 3, 2006, be and the same is hereby AFFIRMED. All of the above in accordance with the opinion of this court.

                                  ATTEST:

                                  /s/ Marcia M. Waldron
                                  Clerk

DATED: February 12, 2008

**Certified as a true copy and issued in lieu of a formal mandate on** April 4, 2008

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**