OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**



U̲N̲I̲T̲E̲D̲ S̲T̲A̲T̲E̲S̲ C̲O̲U̲R̲T̲ O̲F̲ A̲P̲P̲E̲A̲L̲S̲

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

April 4, 2008

Mr. Robert V Barth Jr.
United States District Court for the Western District of PA
P.O. Box 1820
Erie, PA 16501-0000

RE: Hill v. Lamanna
Case Number: 06-3440
District Case Number: 03-cv-00160

Dear District Court Clerk,

Enclosed herewith is the certified judgment together with copy of the opinion or certified copy of the order in the above-captioned case(s). The certified judgment or order is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Kindly acknowledge receipt for same on the enclosed copy of this letter.
Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment or order is also enclosed showing costs taxed, if any.

Very truly yours,

*Marcia M. Waldron*
Marcia M. Waldron, Clerk

By: *Dana Moore*
Dana Moore, Legal Assistant
267-299-4927

cc: Robert L. Eberhardt, Esq.
    Sharon Gervasoni, Esq.
    Laura S. Irwin, Esq.
    Michael W. Hill, Esq.